IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| ROBERT LEE EARL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:11-CV-342-A |
| | § | |
| NFN GOMEZ, PHYSICIAN'S | § | |
| ASSISTANT, FCI-FORT WORTH, | § | |
| ET AL. | § | |
| | § | |
| Defendants. | § | |

ORDER

Came on for consideration the application of plaintiff, Robert Lee Earl, to proceed in forma pauperis on appeal. On November 2, 2011, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation that plaintiff's application to proceed in forma pauperis on appeal be denied because of the "three strikes" rule of 28 U.S.C. § 1915(g).[1] The Magistrate Judge granted the parties until November 23, 2011, to file and serve objections. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the Magistrate Judge.

---

[1] Plaintiff is barred from proceeding in forma pauperis because he has incurred three qualifying dismissals, and in his application, he did not claim that he was "under imminent danger of serious physical injury" to satisfy the exception to 28 U.S.C. § 1915(g).

Therefore,

The court ORDERS that the application of plaintiff, Robert Lee Earl, to proceed <u>in forma pauperis</u> on appeal, be, and is hereby, denied.

SIGNED January 11, 2012.

_____
JOHN McBRYDE
United States District Judge